86 A.3d 862

AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES, DISTRICT
COUNCIL 87, Petitioner

v.

PENNSYLVANIA LABOR RELATIONS BOARD, Respondent

Luzerne County, Intervenor.

Supreme Court of Pennsylvania.

March 5, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Commonwealth Court erred in affirming the [Pennsylvania Labor Relations Board's] Final Order, where that ruling is unsupported by the Board's factual findings, and incorrect as a matter of law?